IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNE CATES EGGER, ET AL.   : | |
| : | CIVIL ACTION |
| v.   : | |
| : | NO. 10-6274 |
| MARRIOTT INTERNATIONAL, INC., ET  : | |
| AL.   : | |

**O R D E R**

**AND NOW**, this   8th   day of   December   , 2011, upon consideration of Plaintiffs' Motion to Remand (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**, and that this case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk is directed to mark this case **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/*

**R. BARCLAY SURRICK, J.**